DAVIS ag$^t$ FLOYD

Benjamin Davis Attourny of John Harwood Sen$^r$ of London plaint. ag$^t$ the goods or Estate of Noah Floyd Defend$^t$ in an action of the case for that the s$^d$ Floyd doth not pay unto the s$^d$ Harwood or his order the Summe of one hundred pounds lawfull mony of England

due upon the Forfiture of a bond dated the. 16th of June. 1676. under the hand & Seale of s<sup>d</sup> Floyd with all other due damages &c. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court.